UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No.: 8:23-cv-00170-MSS-CPT

LESLIE CARVER,

    Plaintiff,

v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Leslie Carver, and Defendant, Reliance Standard Life Insurance Company (collectively, the "Parties"), advise the Court that this case has settled by an amicable resolution. The Parties will file a Stipulation of Dismissal with prejudice with each party to bear its own attorney's fees and costs once the settlement and release have been finalized. The Parties respectfully request this Court maintain jurisdiction over this action until that time.

*Respectfully submitted this 22nd day of August 2023*,

| | |
|---|---|
| */s/ Tanya I. Suarez* | */s/ Bryn Natland* |
| Tanya I. Suarez (FBN. 17035) | Bryn Natland (FBN. 86604) |
| Tanya.suarez@wilsonelser.com | bryn@longtermdisability.net |
| WILSON, ELSER, MOSKOWITZ | Edward P. Dabdoub (FBN. 45685) |
| EDELMAN & DICKER LLP | eddie@longtermdisability.net |
| 100 Southeast Second Street | DABDOUB LAW FIRM, P.A. |
| Suite 2100 | 1600 Ponce de Leon Blvd., Suite 1202 |
| Miami, Florida 33131 | Coral Gables, Florida 33134 |

| | |
|---|---|
| Tel: (305) 374-4400 | Tel: (305) 754-2000 |
| Fax: (305) 579-0261 | Fax: (305) 754-2007 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |